# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 28 EAL 2016
                                :
                   Respondent   :
                                :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
              v.                :
                                :
                                :
                                :
FERNANDO REAL,                  :
                                :
                   Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.